**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00522-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JORGE RAYMUNDO AGUILAR,
     a/k/a Ricardo Maldonado,
     a/k/a Pedro Juquin,

     Defendant.

**MINUTE ORDER**[1]

     A Notice of Disposition was filed on November 15, 2010. A Joint Change of Plea hearing is set for **December 17, 2010**, at 9:30 a.m., with Criminal Action No. 07-cr-00429-REB-17, *USA v. Ly*. **Counsel for the parties shall deliver or e-mail a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**. *See* D.C.COLO.LCrR 11.1C. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

     **IT IS FURTHER ORDERED** that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

     Dated: November 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.