**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00522-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JORGE RAYMUNDO AGUILAR,
      a/k/a Ricardo Maldonado,
      a/k/a Pedro Juquin,

      Defendant.

---

**MINUTE ORDER**[1]

---

      Due to a conflict arising on the court's calendar, the sentencing hearing previously set for April 15, 2011, at 10:00 a.m., is **VACATED** and is **CONTINUED** to **April 22, 2011**, at 10:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  January 7, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.