# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

JORGE RAYMUNDO AGUILAR
a/k/a Ricardo Maldonado
a/k/a Pedro Juquin

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation of Supervised Release**)

Case Number:  10-cr-00522-REB-01

USM Number:  37249-013

Matthew C. Golla, AFPD
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Comply with Special Condition Not to Reenter the United States Illegally, If Deported | 12/02/11 |
| 2 | Violation of the Law - Illegal Reentry into the United States of America from the Republic of Mexico at a Time and Place Other than as Designated by Immigration Officers | 12/02/11 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 24, 2012
Date of Imposition of Judgment

**s/ Robert E. Blackburn**

Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

August 29, 2012
Date

DEFENDANT:  JORGE RAYMUNDO AGUILAR
CASE NUMBER:  10-cr-00522-REB-01                               Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months, which sentence shall be served consecutively to any sentence previously or subsequently imposed in state or federal court.

Presentence confinement shall be determined by the Bureau of Prisons.

It is also recommended that the defendant be designated to FDC or FCI Englewood, Colorado.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By_____
Deputy United States Marshal